1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  Christina M. Mallatt
   Nevada Bar No. 9112
4  christina.mallatt@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD READ, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LINC GROUP, a foreign corporation; ABM COMPANY, d/b/a THE LINC GROUP, a foreign corporation; DOES 1-10, inclusive, and ROE CORPORATIONS 1-10, inclusive,<br><br>    Defendant. | CASE NO.:  2:11-cv-02035-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED by and between Plaintiff Richard Read and Defendants The Linc Group and ABM Company, by and through their respective undersigned counsel, that the

//
//
//
//
//

1  above-entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to
2  bear its own fees and costs.
3  Dated this 10th day of August. 2012        Dated this 10th day of August, 2012
4                                             OGLETREE, DEAKINS, NASH, SMOAK
                                               & STEWART, P.C.

6
7    /s/ Kirk T. Kennedy                         /s/ Christina Mallatt
     Kirk T. Kennedy                             Christina M. Mallatt
     815 S. Casino Center Blvd.                  3800 Howard Hughes Parkway
8    Las Vegas, NV  89101                        Suite 1500
                                                 Las Vegas, NV  89169
                                                 Telephone:  702.369.6800

11      **IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

8/13/12
_____
DATED

16  12945456.1 (OGLETREE)